IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEANDRA C. WELCH, | ) | 4:11CV3160 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OFFICER WAGNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On November 21, 2011, the clerk's office sent a Memorandum and Order to Plaintiff at his last known address. (Filing No. 7.) On November 28, 2011, those documents were returned to the court as undeliverable, and no forwarding information was provided. (Filing No. 8.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that: Plaintiff shall have until **February 17, 2012**, to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: February 17, 2012: deadline for informing court of new address.

DATED this 17th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge